Case 6:22-cr-00082-ADA   Document 9   Filed 05/10/22   Page 1 of 1

FILED
May 10, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      SAJ
                    Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **6:22-cr-00082** |
| Plaintiff | * | |
| V. | * | INDICTMENT |
| | * | |
| (1) CRUZ EVODIO MERINO-CUELLAR | * | [VIO:  COUNT ONE: 8 U.S.C. 1326(a) – Illegal Re-Entry Into the United States] |
| Defendant | * | |

THE GRAND JURY CHARGES:

### COUNT ONE
### [8 U.S.C. 1326(a)]

On or about March 22, 2022, in the Western District of Texas, Defendant,

**CRUZ EVODIO MERINO-CUELLAR**,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported, and removed from the United States on or about February 23, 2015, and that the Defendant had not received the consent of the Attorney General of the United States, or his successor, the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a), and Title 6, United States Code, Sections 202(3), 202(4) and 557.

FOREPERSON

ASHLEY C. HOFF
United States Attorney

By: MARK L. FRAZIER
Assistant United States Attorney